No. 05–8251. JONES v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 05–8261. ALVAREZ-BRAVO v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 05–8262. BLOCK v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 05–365. SEEGARS ET AL. v. GONZALES, ATTORNEY GENERAL, ET AL. C. A. D. C. Cir. Certiorari denied. THE CHIEF JUSTICE took no part in the consideration or decision of this petition.

No. 05–566. DIMICK, CHAIRPERSON, MINNESOTA BOARD ON JUDICIAL STANDARDS, ET AL. v. REPUBLICAN PARTY OF MINNESOTA ET AL. C. A. 8th Cir. Motion of Missouri Bar for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 05–638. MILEIKOWSKY v. TENET HEALTHSYSTEM ET AL. Ct. App. Cal., 2d App. Dist. Motion of Association of American Physicians & Surgeons, Inc., et al. for leave to file a brief as *amici curiae* granted. Certiorari denied.

No. 05–686. ROPER, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER v. WHITE. C. A. 8th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 05–763. RESEARCH IN MOTION, LTD. v. NTP, INC. C. A. Fed. Cir. Motions of Intel Corporation, Canadian Chamber of Commerce et al., and Government of Canada for leave to file briefs as *amici curiae* granted. Certiorari denied.

No. 05–8002. ELLEDGE v. FLORIDA. Sup. Ct. Fla. Certiorari denied. JUSTICE BREYER would grant the petition for writ of certiorari.

No. 04–631. WAGNON, SECRETARY, KANSAS DEPARTMENT OF REVENUE v. PRAIRIE BAND POTAWATOMI NATION, *ante*, p. 95;

No. 04–10630. IN RE GLAGOLA, *ante,* p. 809;

No. 04–10753. LEBAR *v.* MONROE COUNTY CHILDREN AND YOUTH SERVICES ET AL., *ante,* p. 869;

No. 05–403. YEE *v.* SHIAWASSEE COUNTY, MICHIGAN, ET AL., *ante,* p. 1034;

No. 05–429. BROWN *v.* AAMES CAPITAL CORP. ET AL., *ante,* p. 1061;

No. 05–5207. JACKMAN *v.* UNITED STATES, *ante,* p. 889;

No. 05–5490. JONES *v.* UNITED STATES, *ante,* p. 906;

No. 05–6510. BENAVIDES *v.* MCGRATH, WARDEN, *ante,* p. 1006;

No. 05–6695. MASIARCZYK *v.* JOHNSON ET AL., *ante,* p. 1041;

No. 05–6740. GANT *v.* UNITED STATES, *ante,* p. 1043;

No. 05–7178. JONES *v.* SOUTH CAROLINA ET AL., *ante,* p. 1078; and

No. 05–7307. LEVON *v.* UNITED STATES, *ante,* p. 1053. Petitions for rehearing denied.

## JANUARY 24, 2006

No. 05A660. HILL *v.* FLORIDA. Application for stay of execution of sentence of death, presented to JUSTICE KENNEDY, and by him referred to the Court, denied.

No. 05–8780 (05A673). IN RE HILL. Application for stay of execution of sentence of death, presented to JUSTICE KENNEDY, and by him referred to the Court, denied. Petition for writ of habeas corpus denied.

## JANUARY 25, 2006

No. 05–8794 (05A676). HILL *v.* CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Application for stay of execution of sentence of death, presented to JUSTICE KENNEDY, and by him referred to the Court, granted. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted. Petitioner's brief to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Monday, March 6, 2006. Respondents' brief to be filed with the Clerk and